# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE : MARK HEBERT
          CARRIE HERBERT

                              :     CHAPTER 13

             :
                                    :
                              :     BANKRUPTCY NO: 12-20136 AMC

CHAPTER 13 STANDING Trustee's NOTICE OF FINAL CURE in the above Captioned Chapter 13 Bankruptcy case. DOCKET ENTRY #49

Date October 18  2017,

                              /s/William C. Miller, Esquire
                              William C. Miller, Esquire
                              Chapter 13 Standing Trustee
                              P.O. Box 1229
                              Philadelphia, PA  19107