# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: **Mark Herbert, Carrie Herbert**, Debtor(s)

Case No. **12-20136**
Chapter **13**

## DOMESTIC SUPPORT OBLIGATION DISCLOSURE FORM

**Section 1: to be completed by all debtors:**

Date: November 10, 2017
Case No.: 12-20136
Debtor: Mark Herbert
Co-Debtor: Carrie Herbert
SS No.: xxx-xx-3450
SS No.: xxx-xx-3466

Are you responsible for any Domestic Support Obligations described in 11 U.S.C. §101(14A) [debt owed to or recoverable by spouse, former spouse, child, child's guardian or governmental unit in the nature of alimony, maintenance or support?]

Debtor: yes ___ no **X**      Co-Debtor: yes ___ no **X**

If your answer is "No" skip to Section 3 at the bottom of this form and sign. If your answer is "Yes", please complete Section 2 and sign at the bottom.

**Section 2: to be completed only if you answered "yes" above:**

Debtor's current marital status:
Married ___ Divorced ___
Separated ___ Widowed ___

Co-debtor's current marital status:
Married ___ Divorced ___
Separated ___ Widowed ___

Name of person support is sent to: _____
Complete Address: _____
City _____ State _____ Zip _____
Phone _____

Are support payments deducted from your paycheck? _____

Provide the State Agency Information:
Agency Name: _____
Address: _____
City: _____ State: _____ Zip: _____

Names of creditors for any debts that will not be discharged or that you will reaffirm:
_____

Identify your Employer Name and Address:
_____

**Section 3: To be signed by all debtors**

I swear or affirm under penalty of perjury pursuant to 28 USC § 1746 that the information provided herein is true, correct and complete.

Debtor: **/s/ Mark Herbert**
Mark Herbert

Co-Debtor: **/s/ Carrie Herbert**
Carrie Herbert