United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 12-20136-amc
Mark Herbert                                                            Chapter 13
Carrie Herbert
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 3           Date Rcvd: Jan 17, 2018
                            Form ID: 138NEW        Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2018.
```
db/jdb         +Mark Herbert,    Carrie Herbert,    1268 Thames Crescent,    Yardley, PA 19067-6010
cr             +Bucks County Tax Claim Bureau,    c/o John A. Torrente,    55 E. Court Street,
                 Doylestown, PA 18901-4318
cr             +HOUSEHOLD FINANCE CONSUMER DISCOUNT COMPANY,    14841 Dallas Parkway, Suite 300,
                 Dallas, TX 75254-7883
cr             +HSBC Finance Corporation,    P. O. Box 829009,    Dallas, TX 75382-9009
cr             +Household Finance Consumer Discount Company,    14841 Dallas Pkwy #300,   Dallas, TX 75254-7883
cr             +Household Realty Corporation,    9441 LBJ Freeway, Suite 250,    Dallas, TX 75243-4640
cr             +Township of Lower Makefield,    Township of Lower Makefield,    1100 Edgewood Road,
                 Yardley, PA 19067-1689
12894309      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Attention: Recovery Department,
                 4161 Peidmont Pkwy.,    Greensboro, NC 27410)
12990113       +Bucks County Tax Claim Bureau,    c/o John A. Torrente,Esq.,    55 East Court Street,
                 Doylestown,PA 18901-4318
12990871       +Bucks County Tax Claim Bureau,    c/o John A. Torrente, Esq,    680 Middletown Blvd,
                 Langhorne, PA 19047-1817
12980256       +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
12894315      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Usa,     Citicorp Credit Services/Attn: Centraliz,
                 Po Box 20363,    Kansas City, MO 64195)
12894313       +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
12894314       +Capital One, N.a.,    Pob 30281,   Salt Lake City, UT 84130-0281
12894316       +Citibank Usa,    Po Box 6497,   Sioux Falls, SD 57117-6497
12894317       +Eastern Account System,    Po Box 837,   Newtown, CT 06470-0837
12894318       +Eastern Account System,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
12905621        FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,   Greensboro, NC 27410
12903742       +HOUSEHOLD REALTY CORPORATION,    2929 WALDEN AVE,    DEPEW, NEW YORK 14043-2602
12899527       +HSBC Finance Corporation,    c/o Hilary B. Bonial,    PO Box 829009,   Dallas, TX 75382-9009
12894320       +Hfc - Usa,    Po Box 3425,   Buffalo, NY 14240-3425
12952590       +Household Finance Consumer Discount Company,    2929 Walden Avenue,    Depew, NY 14043-2602
12976724       +Household Finance Consumer Discount Company,    PO Box 12907,    Norfolk, VA 23541-0907
12894321       +Lower Makefield Tax Collector,    1100 Edgewood Road, Suite A,    Yardley, PA 19067-1692
12894324       +McCullough Rubbish Removal Inc.,    115 Harmony Road,   Levittown, PA 19056-1436
12894325        Rymr&flnign,    Cscl Dispute Tm-mac N8235-04m,    Des Moines, IA 50306
12945768        Sallie Mae Inc. on behalf of USA FUNDS,    Attn: Bankruptcy Litigation Unit E3149,
                 P.O. Box 9430,    Wilkes-Barre, PA 18773-9430
12961913       +Township Lower Makefield,    c/o Siobhan D. Byrnes, Esq,    680 Middletown Blvd,   P O Box 308,
                 Langhorne, PA 19047-0308
12894329       +Township of Lower Makefield,    1100 Edgewood Road,   Yardley, PA 19067-1689
13920808       +U.S. Bank National Association, as inde,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
12940528        Wells Fargo Bank NA,    PO Box 10438,   Des Moines IA    50306-0438
12894330       +Young, Klein & Associates, LLC,    3554 Hulmeville Road,    Suite 102,   Bensalem, PA 19020-4366
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Jan 18 2018 01:52:32      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 18 2018 01:51:44
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 18 2018 01:52:20      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2018 01:55:12      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
12894311       +E-mail/Text: notices@burt-law.com Jan 18 2018 01:52:57      Burton Neil & Assoc.,
                 1060 Andrew Drive,    Suite 170,   West Chester, PA 19380-5600
12962772       +E-mail/Text: bncmail@w-legal.com Jan 18 2018 01:52:07      CHESWOLD (OPHRYS), LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12894319      ++E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2018 01:54:48      Gecrb/qvc,   Po Box 971402,
                 El Paso, TX 79997-1402
12894323        E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2018 01:54:59      Lowes / MBGA / GEMB,
                 Po Box 103065,    Roswell, GA 30076
12894322       +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2018 01:54:49      Lowes / MBGA / GEMB,
                 Attention: Bankruptcy Department,    Po Box 103104,   Roswell, GA 30076-9104
12996430        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 18 2018 02:01:50
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13024514       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 18 2018 02:14:13
                 PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
```

```
District/off: 0313-2           User: Antoinett             Page 2 of 3                   Date Rcvd: Jan 17, 2018
                               Form ID: 138NEW            Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
12912442          E-mail/PDF: rmscedi@recoverycorp.com Jan 18 2018 01:55:13
                   Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
13456848          E-mail/PDF: cbp@onemainfinancial.com Jan 18 2018 01:55:10      SPRINGLEAF FINANCIAL SERVICES,
                   PO BOX 3251,    EVANSVILLE IN 47731
12894327         +E-mail/PDF: pa_dc_claims@navient.com Jan 18 2018 01:55:14      Sallie Mae,   Po Box 9500,
                   Wilkes Barre, PA 18773-9500
12894326         +E-mail/PDF: pa_dc_claims@navient.com Jan 18 2018 01:55:14      Sallie Mae,
                   Attn: Claims Department,    Po Box 9500,   Wilkes-Barre, PA 18773-9500
13069684          E-mail/Text: bankruptcy@td.com Jan 18 2018 01:52:00     TD Bank N.A.,   Attn: Bankruptcy Dept.,
                   ME2-002-035,   P.O. Box 9547,    Portland, ME 04112-9547
                                                                                              TOTAL: 16

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12894328          Td Bank N.a.
cr*              +Household Finance Consumer Discount Company,    14841 Dallas Parkway, Suite 300,
                   DALLAS, TX 75254-7883
cr*              +PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
12894310*       ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                  (address filed with court: Bank Of America,    Po Box 982235,   El Paso, TX 79998)
13920809*        +U.S. Bank National Association, as inde,    Serviced by Select Portfolio Servicing,,
                   3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
cr              ##+SELECT PORTFOLIO SERVICING, INC.,    3815 South West Temple,   Salt Lake City, UT 84115-4412
12894312        ##+Cap One,   Po Box 5253,   Carol Stream, IL 60197-5253
                                                                                TOTALS: 1, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2018                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2018 at the address(es) listed below:
```
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank National Association, as indenture
               trustee, for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3
               debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              ELLIS B. KLEIN    on behalf of Joint Debtor Carrie  Herbert ykassoc@gmail.com, ykaecf@gmail.com,
               ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
              ELLIS B. KLEIN    on behalf of Debtor Mark  Herbert ykassoc@gmail.com, ykaecf@gmail.com,
               ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
              HILARY B. BONIAL    on behalf of Creditor    HSBC Finance Corporation hbonial@bonialpc.com,
               hbonial@bonialpc.com
              JOHN A. TORRENTE    on behalf of Creditor    Bucks County Tax Claim Bureau
               jtorrente@begleycarlin.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, as indenture
               trustee, for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3
               bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Joint Debtor Carrie  Herbert support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              PAUL H. YOUNG    on behalf of Debtor Mark  Herbert support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              SIOBHAN D. BYRNES    on behalf of Creditor    Township of Lower Makefield sbyrnes@begleycarlin.com,
               brossmann@begleycarlin.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2           User: Antoinett            Page 3 of 3                   Date Rcvd: Jan 17, 2018
                               Form ID: 138NEW            Total Noticed: 48
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                                    TOTAL: 12

Case 12-20136-amc    Doc 55    Filed 01/19/18    Entered 01/20/18 01:05:41    Desc Imaged
Certificate of Notice    Page 3 of 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Mark Herbert and Carrie Herbert
      Debtor(s)

Bankruptcy No: 12−20136−amc
Chapter: 13

---

## NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

        For The Court

        Timothy B. McGrath
        Clerk of Court

Dated: 1/17/18

54 − 53
Form 138_new